COURT OF CRIMINAL
AUSTIN, TEXAS

25,679-24

July 17, 2015

RE: ARTHUR DAVID LOWE, CAUSE NO. 659156; COURT OF
Criminal Appeals, WR-25,679-24

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 20 2015
Abel Acosta, Clerk

Abel Acosta,
     (CCA),

Please find in your official records. Your office, have
filed in the Court of Criminal Appeals... FOR. 'MOTION FOR
LEAVE TO FILE WRIT OF MANDAMUS'. In WR-25,679-24?
any status and/or any disposition.

I, truly appreciate your consideration... THANK YOU.
May GOD bless you, your family and friends.

Sincerely
Arthur Lowe

ARTHUR DAVID LOWE #669750
HUGHES UNIT.
RT. 2. BOX 4400
GATESVILLE, TEXAS
76597